RECEIVED
IN ALEXANDRIA, LA.

MAR - 7 2013

TONY R. MOORE, CLERK
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM C. OSER | DOCKET NO. 1:12-CV-703; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| UNITED STATES PENITENTIARY POLLOCK, ET AL. | MAGISTRATE JUDGE KIRK |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice for failing to state a claim for which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 7th day of March, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE